UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA M. CARLON, CHRISTINE M. CARLON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE COMPANY, CENTRAL LOAN ADMINISTRATION AND REPORTING, OCWEN LOAN SERVICE, LLC, and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. 2:11-CV-00499-JAM-GGH<br><br>ORDER TO SHOW CAUSE REGARDING DISMISSAL OF CLAIMS AGAINST TAYLOR, BEAN & WHITAKER MORTGAGE COMPANY |

　　On January 18, 2011, Plaintiffs Julia Carlon and Christine Carlon ("Plaintiffs") filed a complaint against Defendant Taylor, Bean & Whitaker Mortgage Company, which was subsequently removed to this Court by another named defendant. On April 18, 2011, a summons as to Defendant Taylor, Bean & Whitaker Mortgage Company was returned unexecuted, indicating that CT Corp. did not have a listing for Defendant, nor was CT Corp. the proper agent for service. To date, Defendant Taylor, Bean & Whitaker Mortgage Company has not been served.

　　Pursuant to Federal Rule of Civil Procedure 4(m), the Court

must dismiss an action if a defendant has not been served within 120 days of a plaintiff's filing of his or her complaint, unless a plaintiff can demonstrate good cause for his or her failure to serve the defendant. FED. R. CIV. P. 4(m). Good cause "applies only in limited circumstances, and inadvertent error or ignorance of the governing rules alone will not excuse a litigant's failure to effect timely service." Hamilton v. Endell, 981 F.2d 1062, 1065 (9th Cir. 1992) (discussing former subdivision 4(j)) (overruled on other grounds); see also Glaser v. Bell Gardens, 28 F.3d 105 (9th Cir. 1994).

It has been well beyond 120 days since Plaintiffs' complaint was filed and Defendant Taylor, Bean & Whitaker Mortgage Company has yet to be served. Accordingly, Plaintiffs are hereby ordered to show cause in writing, not to exceed five (5) pages, why this action should not be dismissed as to Defendant Taylor, Bean & Whitaker Mortgage Company for Plaintiffs' failure to timely serve Defendant. Plaintiffs' response to this Court's order should be filed no later than 5:00 pm on July 22, 2011.

IT IS SO ORDERED.

Dated: July 11, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE